**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**NORTHERN DIVISION, AT KNOXVILLE**

**UNITED COMMUNITY BANK,**

    Plaintiff

vs.

**SECURITY UNION TITLE INSURANCE COMPANY,**

    Defendant

&

**SECURITY UNION TITLE INSURANCE COMPANY,**

    Third-Party Plaintiff

vs.

**TITLE ENTERPRISE SERVICE COMPANY, LLC,**

    Third-Party Defendant

No: 3:09-cv-521
Varlan/Guyton

## AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE

Come the parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and stipulate to the dismissal of United Community Bank's causes of action against Security Union Title Insurance Company, which are either set forth in United Community Bank's pleadings or which relate in any way to the title insurance policies identified in said pleadings, with prejudice.

This the 26th day of August, 2014.

/s/ William D. Leader, Jr., by Matthew A. Grossman, with permission
William D. Leader, Jr., Esq. (BPR No. 9531)
**LEADER, BULSO & NOLAN, PLC**
414 Union Street, Suite 1740
Nashville, TN 37219
(615) 780-4100
Attorney for United Community Bank

/s/ Matthew A. Grossman
Arthur G. Seymour, Jr. (BPR No. 1569)
Matthew A. Grossman (BPR No. 22107)
**FRANTZ, MCCONNELL & SEYMOUR, LLP**
P.O. Box 39
Knoxville, TN 37901
(865) 546-9321
Attorneys for Security Union Title Insurance Company

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and exact copy of the foregoing document has been served this 26th day of August, 2014, upon all counsel or parties as listed below at interest in this cause by delivering a true and exact copy to the offices of said counsel or parties or by placing a copy in the United States mail addressed to said counsel or parties at his/her office, with sufficient postage to carry it to its destination, or by special overnight courier; if the foregoing document has been electronically filed with the Court, this service has been made only upon counsel or parties to whom the Court does not furnish electronic copies of filings.

<u>Via U.S. Mail</u>
Title Enterprise Service Company, LLC
c/o Charles Patrick Flynn, Registered Agent
320 Seven Springs Way, Suite 150
Brentwood, TN 37027

                                              /s/ *Matthew A. Grossman*
                                              Matthew A. Grossman
                                              **FRANTZ, McCONNELL & SEYMOUR, LLP**

S:\WDOX\CLIENTS\5197\0000017\PLEADING\01176215.DOCX